# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2820

_____

| | |
|---|---|
| Luie White, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| United States of America, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: March 30, 1999
Filed: April 7, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Luie White appeals the district court's[1] denial of his petition for a writ of coram nobis in which he claimed that his 1980 kidnapping conviction under 18 U.S.C. § 1201 was illegal. Among other things, White failed to raise this claim on direct appeal and he offers no sound reason for waiting eighteen years after his conviction to seek relief using the extraordinary remedy of a writ of coram nobis.

Accordingly we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.